# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NORDBYE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOUNTAIN LION ACQUISITIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00940-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF ACTION<br><br>FIVE DAY DEADLINE |

Scott Nordbye ("Plaintiff") filed this action pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., against Mountain Lion Acquisitions, Inc. and Trans Union, LLC. On August 2, 2019, Plaintiff filed a proof of service for Mount Lion Acquisitions, Inc. As set forth in the proof of service, Mountain Lion Acquisitions, Inc. was personally served with the summons and complaint on July 19, 2019.

Rule 12 of the Federal Rules of Procedure provides that a defendant must serve an answer within twenty one days after being served with the complaint. Fed. R. Civ. P. 12 (a)(1)(A)(i). The answer to the complaint was therefore due on August 9, 2019. No answer has been filed in this action, nor has there been a stipulation to extend time to answer or a request for default filed.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within **five (5) days** of the date of entry of this order, Plaintiff shall file a notice of the status of this action as to Defendant Mountain Lion Acquisitions, Inc. and the status of service as to Defendant Trans Union, LLC; and

2. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **August 19, 2019**

UNITED STATES MAGISTRATE JUDGE