# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NORDBYE, | Case No. 1:19-cv-00940-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIVE DOCUMENTS AS TO DEFENDANT MOUNTAIN LION ACQUISITIONS, INC. |
| v. | |
| MOUNTAIN LION ACQUISITIONS, INC., et al., | (ECF No. 33) |
| Defendants. | DEADLINE: JANUARY 14, 2020 |

Scott Nordbye ("Plaintiff") filed this action pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., against Mountain Lion Acquisitions, Inc. and Trans Union, LLC ("Defendants"). On November 12, 2019, a joint notice of settlement was filed. (ECF No. 33.) According to the joint notice, Plaintiff has settled his claims against Defendant Mountain Lion Acquisitions, Inc. and the parties seek sixty days to file dispositive documents. (Id.)

Here, since Defendants Mountain Lion Acquisitions, Inc. and Trans Union, LLC have both filed an answer, Plaintiff cannot voluntarily dismiss this action against any defendant pursuant to Rule 41(a)(1)(A)(i).

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal **signed by all parties who have appeared.**" Fed. R. Civ. P. 41(a)(1)(A)(ii) (emphasis added). A party may also dismiss an

action by filing a motion requesting the Court to dismiss the action. Fed. R. Civ. P. 41(a)(2). Therefore, the parties must file a stipulation signed by all parties who have appeared or a motion to dismiss.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff shall file dispositive documents as to Defendant Mountain Lion Acquisitions Inc. on or before **January 14, 2020**. Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 13, 2019**

UNITED STATES MAGISTRATE JUDGE