# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NORDBYE,<br><br>      Plaintiff,<br><br>  v.<br><br>MOUNTAIN LION ACQUISITIONS, INC., et al.,<br><br>      Defendants. | Case No. 1:19-cv-00940-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILED DISPOSITIVE DOCUMENTS AS TO DEFENDANT TRANS UNION LLC<br><br>(ECF No. 34)<br><br>SIXTY DAY DEADLINW |

Scott Nordbye ("Plaintiff") filed this action pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., against Mountain Lion Acquisitions, Inc. and Trans Union, LLC ("Defendants"). On November 19, 2019, a joint notice of settlement was filed indicating that the parties have settled and they seek sixty days to file dispositive documents.

Based on the notice of settlement, IT IS HEREBY ORDERED that Plaintiff shall file dispositive documents as to Defendant Trans Union LLC within **sixty (60) days** of the date of entry of this order. Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __November 19, 2019__

UNITED STATES MAGISTRATE JUDGE

1